■ ELIZABETH DAVIES, Appellant-Respondent, v ROYAL AIR MAROC, Respondent-Appellant. [739 NYS2d 125] —Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered May 16, 2001, which, upon a jury verdict in plaintiff's favor upon her claim for gender discrimination, awarded plaintiff damages for economic and emotional harm in the total sum of $903,017, unanimously affirmed, without costs.

The trial court properly declined plaintiff-appellant's request to submit the issue of punitive damages to the jury. Defendant's offending conduct, as demonstrated at trial, while highly inappropriate, did not warrant an award of punitive damages (*see, generally, Kolstad v American Dental Assn.*, 527 US 526, 538-539).

The points defendant raised on its cross appeal are unavailing. The verdict as to liability was sufficiently supported by, and was not against the weight of, the evidence (*see, Matter of Classic Coach v Mercado*, 280 AD2d 164, *lv denied* 97 NY2d 601). The trial court's rulings did not deprive defendant of a fair trial. The jury's award to plaintiff of $500,000 for emotional distress did not, under the circumstances presented, materially deviate from what is reasonable compensation. Concur—Tom, J.P., Mazzarelli, Andrias, Ellerin and Marlow, JJ.